NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Ng v. Schram        Docket No.: 14-2916

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: John J. Shaeffer, Esq.

Firm: Lathrop & Gage LLP

Address: 1888 Century Park E., Los Angeles, CA 90067

Telephone: 310-789-4600        Fax: 310-789-4601

E-mail: jshaeffer@lathropgage.com

Appearance for: Barney Ng
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Thomas H. Curtin, Esq., Lathrop & Gage LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____.

Signature of Counsel: _____

Type or Print Name: John J. Shaeffer